# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHICO MOZEL F.,[1]<br>　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>　　　Defendant. | CV 21-3409 DSF (JPR)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Joint Stipulation, Magistrate Judge's Report and Recommendation ("Report"), Plaintiff's objections to the Report, Defendant's response, Administrative Record, and other records on file herein.  The Court has engaged in a <u>de novo</u> review of those portions of the Report to which Plaintiff has objected.  The Court overrules the Objections, accepts the Report, and adopts it as its own findings and conclusions.

　　　Accordingly, it is ordered that:

　　　1.  Plaintiff's request for an order remanding this case for further proceedings is DENIED.

---

[1] Plaintiff's name has been partially redacted in accordance with Fed. R. Civ. P. 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

    2.  Defendant's request for an order affirming her final decision is GRANTED.

    3.  Judgment be entered consistent with this Order.

    4.  The Clerk of the Court serve this Order and the Judgment on all counsel or parties of record.

    IT IS SO ORDERED.

Date: May 9, 2023

                                              Dale S. Fischer
                                              United States District Judge