JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHICO MOZEL F,<br>    Plaintiff,<br><br>          v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>    Defendant. | CV 21-3409 DSF (JPR)<br><br>JUDGMENT |

   For the reasons set forth in the accompanying Order Accepting Magistrate Judge's Report and Recommendation, it is ADJUDGED THAT: (1) Plaintiff's request for an order remanding the case for further proceedings is DENIED; (2) Defendant's request for an order affirming her final decision is GRANTED; and (3) judgment is entered in Defendant's favor.

   IT IS SO ORDERED.

Date: May 9, 2023

                                          Dale S. Fischer<br>
                                          United States District Judge